IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE CONFERENCE OF THE NAACP,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.   )<br>  )<br>JOHN O'CONNOR, in his official )<br>capacity as Oklahoma Attorney General, )<br>and DAVID PRATER, in his official )<br>capacity as District Attorney of Oklahoma )<br>County,   )<br>  )<br>          Defendants.  ) | Case No. CIV-21-859-C |

## **PRELIMINARY INJUNCTION**

As set forth more fully in the Court's Memorandum Opinion issued this date, the Court finds that Plaintiff's request for a Preliminary Injunction should be granted. In accordance with that decision, the following two portions of recently-passed Oklahoma House Bill 1674 ("HB 1674") shall not become effective on November 1, 2021.

1. 2021 Okla. Sess. Law Ch. 106 § 3 (H.B. 1674).

   If an organization is found to be a conspirator with persons who are found to have committed any of the crimes described in Sections 1311 through 1320.5 and 1320.10 of Title 21 of the Oklahoma Statutes, the conspiring organization shall be punished by a fine that is ten times the amount of said fine authorized by the appropriate provision.

and

2. 2021 Okla. Sess. Law Ch. 106 § 1 (H.B. 1674).

   Every person who shall unlawfully obstruct the normal use of any public street, highway or road within this state by impeding, hindering or restraining motor vehicle traffic or passage thereon, by standing or approaching motor

> vehicles thereon, or by endangering the safe movement of motor vehicles or pedestrians traveling thereon shall, upon conviction, be guilty of a misdemeanor punishable by imprisonment in the county jail for a term not exceeding one (1) year, or by a fine of not less than One Hundred Dollars ($100.00) and not exceeding Five Thousand Dollars ($5,000.00), or by both such fine and imprisonment. In addition, the person shall be liable for all damages to person or property by reason of the same. As used in this paragraph, "obstruct" means to render impassable or to render passage unreasonably inconvenient or hazardous.

Neither portion of HB 1674 shall become effective or be enforced by any governmental agency in the state of Oklahoma.

The Court finds that Plaintiff is not required to post security to obtain the injunction, as there will be no monetary harm in the event this preliminary injunction was wrongfully imposed.

IT IS SO ORDERED this 27th day of October 2021.

*[Signature]*

ROBIN J. CAUTHRON
United States District Judge