IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] OKLAHOMA STATE CONFERENCE of the NAACP<br>      *Plaintiff*,<br>v.<br>[1] JOHN O'CONNOR, in his official capacity as Oklahoma Attorney General,<br>[2] DAVID PRATER, in his official capacity as District Attorney of Oklahoma County,<br>      *Defendants*. | Case No. 5:21-cv-00859-C |

## JOINT MOTION TO STAY PROCEEDINGS

The parties jointly request that this Court extend all deadlines and hold this matter in abeyance while Defendants pursue an appeal of this Court's opinion and order granting a preliminary injunction.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936). When granting plaintiffs' motion for a preliminary injunction, this Court found that plaintiffs are likely to succeed on their argument that HB 1674 is unconstitutional on its face. Defendants have filed a timely appeal to ask the Court of Appeals to review that decision. The decision of the court of appeals will likely provide guidance on the key legal issue in this case: the constitutionality of HB 1674. The parties agree that it would further judicial economy and the resources of the

1

parties to defer litigating the constitutionality of HB 1674 until the court of appeals has ruled. *See United Steelworkers of Am. v. Oregon Steel Mills, Inc.*, 322 F.3d 1222, 1227 (10th Cir. 2003) ("The fact that the District Court has jurisdiction does not necessitate a possible waste of judicial resources; the District Court may choose to stay consideration" until the court of appeals "ha[s] announced [its] decision."). In contrast, no party or other interest will be prejudiced by awaiting appellate guidance.

The parties therefore respectfully request that the Court issue an order staying all proceedings in this Court until 30 days after the Court of Appeals issues its mandate, or otherwise ordered by this court.

Respectfully submitted,

/s/Joseph W. Mead
Mary B. McCord*
Joseph W. Mead [i]*
Annie L. Owens*
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C.  20001
(202) 662-9835
ao700@georgetown.edu

[i] *Not admitted to practice in District of Columbia*

Anthony P. Ashton*
Joseph R. Schottenfeld*
NAACP
Office of General Counsel
4805 Mount Hope Drive
Baltimore, MD  21215
(410) 580-5777
aashton@naacpnet.org
*Attorneys for Plaintiffs*

*Admitted pro hac vice

Melvin C. Hall, OBA No. 3728
RIGGS, ABNEY, NEAL, TURPEN,
  ORBISON & LEWIS
528 NW 12th Street
Oklahoma City, Oklahoma  73103
Telephone: (405) 843-9909
Facsimile: (405) 842-2913
mhall@riggsabney.com

 s/ *Andy N. Ferguson*
ANDY N. FERGUSON
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
andy.ferguson@oag.ok.gov

*Counsel for Defendants*

Dated: November 29, 2021