IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA STATE CONFERENCE OF THE NAACP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN O'CONNOR, in his official )<br>capacity as Oklahoma Attorney General, )<br>and DAVID PRATER, in his official )<br>capacity as District Attorney of Oklahoma )<br>County, )<br>)<br>Defendants. ) | Case No. CIV-21-859-C |

**O R D E R**

On October 27, 2021, the Court entered a preliminary injunction blocking parts of Oklahoma House Bill 1674 ("HB 1674") from going into effect. The parties recently announced a settlement of the issues in the case and stipulated to the dismissal of the case and the dissolution of the preliminary injunction. Accordingly, the preliminary injunction entered on October 27, 2021 (Dkt. No. 29), is DISSOLVED.

IT IS SO ORDERED this 13th day of September 2022.

ROBIN J. CAUTHRON
United States District Judge